**ANDERSON & KARRENBERG**
Thomas R. Karrenberg #3726
Jon V. Harper #1378
50 West Broadway, Suite 700
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
Facsimile: (801) 364-7697
jharper@aklawfirm.com

**Attorneys for Plaintiff and the Proposed Class**

### IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MELINDA BARLOW, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ZIONS FIRST NATIONAL BANK,<br><br>Defendant. | **DUCivR 3-3 NOTICE OF MULTI-DISTRICT LITIGATION**<br><br>Case No. 2:11-CV-00929-BSJ<br><br>Judge Bruce S. Jenkins |

The Plaintiff alleges in this action that Defendant Zions First National Bank imposed excessive overdraft fees on customers' checking accounts by engaging in practices that improperly maximized these fees. Other than having different parties, the allegations in this case are essentially identical to those being pursued in the numerous other cases that the Multidistrict Panel has already transferred for coordinated or consolidated pre-trial proceedings before Judge James Lawrence King in the Southern District of Florida pursuant to the Panel's initial June 10,

2009 order in this MDL No. 2036 and pursuant to the many subsequent Transfer Orders of the Panel. A list of related cases is attached hereto.

Dated: October 7, 2011

                                  ANDERSON & KARRENBERG

                                  /s/ Jon V. Harper
                                Thomas R. Karrenberg
                                Jon V. Harper
                                **Anderson & Karrenberg**
                                50 West Broadway, Suite 700
                                Salt Lake City, UT 84101
                                Telephone: (801) 534-1700
                                Facsimile: (801) 364-7697
                                tkarrenberg@aklawfirm.com
                                jharper@aklawfirm.com

                                ***Attorneys for Plaintiff Melinda Barlow***

**MDL No. 2036** IN RE: Checking Account Overdraft Litigation
James Lawrence King, presiding
Date filed: 02/26/2009
Date of last filing: 10/07/2011

# Associated Cases

| MDL | Civil Action | Start Date | End Date |
|---|---|---|---|
| MDL No. 2036 | ALS/1:09-cv-00549 Willie James Moore v. BBVA Compass, et al. (Closed) | 09/09/2009 | 09/29/2009 |
| | ARE/4:11-cv-00266 Sachar et al v. IBERIABANK Corporation et al (CTO Final) | 03/24/2011 | 07/19/2011 |
| | ARE/4:11-cv-00375 Rider et al v. Regions Financial Corporation et al (Transfer) | 05/04/2011 | 08/08/2011 |
| | AZ/4:09-cv-00075 Georgio Churchwell v. Wells Fargo Bank, N.A., et al. (Closed) | 06/12/2009 | 11/24/2009 |
| | CAC/2:09-cv-00176 Adam Najemy v. Bank of America Corp., et al. (Closed) | 03/17/2009 | 05/21/2009 |
| | CAC/2:09-cv-06967 Andrea Luquetta v. J.P. Morgan Chase Bank, N.A. (CTO Final) | 10/13/2009 | 10/29/2009 |
| | CAC/2:10-cv-00550 Robert Townsend v. Wells Fargo Bank & Co., et al. (CRO/Remand Final) | 03/02/2010 | 07/21/2011 |
| | CAC/2:10-cv-02469 Betty Orallo v. Bank of the West (CTO Final) | 04/23/2010 | 08/06/2010 |
| | CAC/2:10-cv-03423 Victor M. Braden, et al. v. Wells Fargo Bank, N.A., et al. (Closed) | 05/13/2010 | 07/23/2010 |
| | CAC/8:10-cv-00527 Laura Knighten v. Bank of America, N.A. (Closed) | 05/13/2010 | 02/03/2011 |
| | CAN/3:07-cv-05923 Claudia Sanchez, et al. v. Wells Fargo & Co., et al. (Denied) | 06/12/2009 | 10/07/2009 |
| | CAN/3:08-cv-04610 Celia Spears-Haymond v. Wachovia Corp., et al. (Transfer) | 06/10/2009 | 06/10/2009 |
| | CAN/3:08-cv-05739 Donna McMillian, et al. v. Wells Fargo Bank, N.A. (Closed) | 06/25/2009 | 11/24/2009 |
| | CAN/3:09-cv-01579 George T. Burke v. U.S. Bancorp, et al. (Closed) | 07/23/2009 | 11/23/2009 |
| | CAN/3:09-cv-02071 Willyum Waters, et al. v. U.S. Bancorp, et al. (CTO Final) | 07/23/2009 | 08/27/2009 |
| | CAN/3:09-cv-02186 Steve Yourke, et al. v. Bank of America, N.A., et al. (CTO Final) | 06/12/2009 | 06/30/2009 |
| | CAN/3:09-cv-04700 Linda D. Ray v. Wells Fargo & Co., et al. (Closed) | 10/13/2009 | 11/24/2009 |
| | CAN/3:09-cv-05338 Josh Naehu-Reyes v. Unionbancal Corp., et al. (Closed) | 01/14/2010 | 06/07/2010 |

| | | | |
|---|---|---|---|
| | CAN/3:09-cv-05622 Katherine Anne Williams v. Wachovia Bank, N.A. (CTO Final) | 01/14/2010 | 01/29/2010 |
| | CAN/3:10-cv-03956 Loretta A. Billen v. Bank of the West (Closed) | 09/22/2010 | 12/13/2010 |
| | CAN/4:08-cv-05101 Mike Amrhein v. Citibank, Inc., et al. (Transfer) | 06/10/2009 | 06/10/2009 |
| | CAN/4:09-cv-03250 Cynthia Larsen v. Union Bank, N.A., et al. (CTO Final) | 09/28/2009 | 10/14/2009 |
| | CAN/4:10-cv-02736 Saynyohoh Dee v. Bank of the West (CTO Final) | 07/21/2010 | 08/05/2010 |
| | CAN/4:11-cv-01222 Kennedy v. Wells Fargo Bank N.A. (CTO Final) | 03/21/2011 | 03/31/2011 |
| | CAS/3:09-cv-02115 John D. Kirkland v. JP Morgan Chase Bank, et al. (Closed) | 10/27/2009 | 06/07/2010 |
| | CAS/3:09-cv-02179 Sandra Quarles v. Union Bank, N.A., et al. (Closed) | 11/24/2009 | 06/10/2010 |
| | CAS/3:09-cv-02232 Donald Kimenker v. U.S. Bancorp, et al. (Closed) | 10/27/2009 | 06/07/2010 |
| | CO/1:09-cv-00253 Lynn Egan v. Wells Fargo & Co., et al. (Closed) | 06/12/2009 | 11/24/2009 |
| | CO/1:09-cv-02940 Preston & Associated Intn'l, P.C. v. Wells Fargo & Co., et al. (CTO Final) | 03/02/2010 | 03/17/2010 |
| | CT/3:10-cv-01448 Kelly v. Webster Bank NA (Denied) | 10/02/2010 | 02/03/2011 |
| | DC/1:10-cv-00040 Anne-Marie Mascaro v. TD Bank, Inc. (CTO Final) | 03/02/2010 | 03/17/2010 |
| | DC/1:10-cv-00232 Ramona Trombley, et al. v. National City Bank (Denied) | 04/15/2010 | 08/09/2010 |
| | FLM/2:10-cv-00376 Jeffrey M. Eno, et al. v. M&I Marshall & Ilsley Bank (CTO Final) | 07/08/2010 | 07/23/2010 |
| | FLM/2:11-cv-00405 Webb v. Republic Bank & Trust Company (Closed) | 07/20/2011 | 07/21/2011 |
| | FLM/6:11-cv-01414 Graham v. Hancock Bank (Closed) | 08/25/2011 | 10/04/2011 |
| | FLM/8:11-cv-01610 Ingram v. Regions Financial Corporation et al (Closed) | 07/25/2011 | 08/26/2011 |
| | FLM/8:11-cv-01896 LaCour v. Whitney Bank (CTO Opposed) | 08/23/2011 | 09/02/2011 |
| | FLN/1:10-cv-00090 Shane Swift v. BancorpSouth, Inc. (Transfer) | 06/03/2010 | 10/18/2010 |
| | FLN/1:10-cv-00208 ANDERSON v. COMPASS BANK (Transfer) | 11/12/2010 | 02/03/2011 |
| | FLS/0:10-cv-60505 Michelle Keyes v. Fifth Third Bank (NTN) | 04/13/2010 | 04/13/2010 |
| | FLS/1:08-cv-22463 Melanie L. Garcia v. Wachovia Bank, N.A. (NTN) | 02/26/2009 | 06/10/2009 |
| | FLS/1:08-cv-23323 Ralph Tornes, et al. v. Bank of America, N.A. (NTN) | 02/26/2009 | 06/10/2009 |
| | FLS/1:09-cv-21863 Anthony Scott Poulin v. Wachovia Bank, N.A. (Closed) | 07/23/2009 | 11/23/2009 |
| | FLS/1:09-cv-22623 Raisa Construction Corp. v. Colonial Bank (Not Related) | 06/21/2010 | 06/21/2010 |
| | FLS/1:09-cv-23126 April Speers v. U.S. Bank, N.A. (NTN) | 07/29/2010 | 07/29/2010 |

|  | Case | | |
|---|---|---|---|
|  | FLS/1:09-cv-23127 Estella A. Lopez, et al. v. J.P. Morgan Chase Bank, N.A. (NTN) | 07/29/2010 | 07/29/2010 |
|  | FLS/1:10-cv-21283 Michelle Keyes v. Fifth Third Bank (NTN) | 07/08/2010 | 07/08/2010 |
|  | FLS/1:10-cv-21556 Stephen T. Anderson v. Compass Bank (Closed) | 06/24/2010 | 07/09/2010 |
|  | FLS/1:10-cv-21771 Robert A. Matos v. National City Bank (NTN) | 06/24/2010 | 06/24/2010 |
|  | FLS/1:10-cv-21868 Fernando Hernandez, et al. v. Pnc Bank, N.a. (NTN) | 07/08/2010 | 07/08/2010 |
|  | FLS/1:10-cv-21870 Gregory D. Mazzadra, et al. v. Td Bank, Inc. (NTN) | 07/08/2010 | 07/08/2010 |
|  | FLS/1:10-cv-22190 Michael Dasher v. RBC Bank (USA) (NTN) | 07/14/2010 | 07/14/2010 |
|  | FLS/1:10-cv-22317 Shalaby v. Banco Santander, S.A. et al (Closed) | 12/17/2010 | 10/25/2010 |
|  | FLS/1:10-cv-23689 Tapp et al v. International Banchares Corporation (NTN) | 10/12/2010 | 09/09/2011 |
|  | FLS/1:10-cv-23790 Eivet v. Iberiabank (NTN) | 10/20/2010 | 09/09/2011 |
|  | FLS/1:11-cv-22454 Moore v. Suntrust Bank (NTN) | 07/08/2011 | 09/09/2011 |
|  | GAN/1:06-cv-00560 Ken Vollmer v. Wachovia Bank, N.A. (Closed) | 06/12/2009 | 11/23/2009 |
|  | GAN/1:09-cv-01558 Jeffrey Buffington, et al. v. SunTrust Banks, Inc. (Transfer) | 07/23/2009 | 12/01/2009 |
|  | GAN/1:09-cv-01744 Faith Gordon v. Branch Banking & Trust Co. (Transfer) | 07/16/2009 | 10/07/2009 |
|  | GAN/1:09-cv-02017 Linda McDaniel v. J.P. Morgan Chase Bank, N.A. (Closed) | 08/18/2009 | 11/23/2009 |
|  | GAN/1:09-cv-02079 William W. Powell, Jr., et al. v. Bank of America Corp. (Closed) | 08/18/2009 | 11/23/2009 |
|  | GAN/1:09-cv-02148 Juanita Dickerson v. Wachovia Bank, N.A. (State Court) | 09/09/2009 | 11/13/2009 |
|  | GAN/1:09-cv-02545 Lawrence D. Hough, et al. v. Regions Financial Corp. (Transfer) | 10/13/2009 | 02/03/2010 |
|  | GAN/1:10-cv-00271 Marlene Willard v. Fifth Third Bancorp (Denied) | 03/02/2010 | 06/02/2010 |
|  | GAN/1:10-cv-01176 Howard Watson Green, Jr. v. Wachovia Bank, N.A. (CTO Final) | 05/13/2010 | 05/28/2010 |
|  | GAN/1:10-cv-02747 Griner et al v. Synovus Bank (Denied) | 10/07/2010 | 02/03/2011 |
|  | GAN/1:10-cv-03027 Childs et al v. Columbus Bank & Trust et al (CTO Final) | 09/24/2010 | 10/25/2010 |
|  | GAN/1:11-cv-00401 Davis v. Renasant Bank (Transfer) | 03/01/2011 | 05/20/2011 |
|  | ILN/1:09-cv-04381 M. Roger Olds v. U.S. Bank, N.A. (Closed) | 08/18/2009 | 11/23/2009 |
|  | ILN/1:09-cv-05909 Yi Tang v. TCF Financial Corp. (Closed) | 10/13/2009 | 10/28/2009 |
|  | ILN/1:09-cv-06655 Shannon Schulte v. Fifth Third Bank (Denied) | 03/02/2010 | 06/03/2010 |
|  | ILN/1:10-cv-00533 Jessica Duval v. Citizens Financial Group, Inc. (CTO Final) | 03/02/2010 | 03/17/2010 |
|  | ILN/1:10-cv-02543 Stephanie N. Blahut v. Harris, NA (CTO Final) | 05/13/2010 | 05/28/2010 |

| | | | |
|---|---|---|---|
| | ILN/1:10-cv-05961 Solomon v. Bank of America, N.A. et al (Denied) | 09/23/2010 | 02/03/2011 |
| | KYW/3:11-cv-00423 Webb v. Republic Bank & Trust Company (CTO Opposed) | 08/04/2011 | 08/15/2011 |
| | LAE/2:09-cv-07776 Erich Webb Bailey v. SunTrust Bank, et al. (Closed) | 01/19/2010 | 01/19/2010 |
| | LAE/2:10-cv-01505 Leanne Steen v. Capital One Financial Corp., et al. (CTO Final) | 06/03/2010 | 06/18/2010 |
| | MA/1:09-cv-12118 Carly A. Dwyer v. Toronto-Dominion Bank (CTO Final) | 03/02/2010 | 03/17/2010 |
| | MA/1:10-cv-10386 Eric Daniels v. Citizens Financial Group, Inc. (CTO Final) | 04/23/2010 | 05/10/2010 |
| | MA/1:10-cv-11493 Shirley Durgin, et al. v. RBS Citizens, N.A., et al. (Closed) | 09/22/2010 | 12/07/2010 |
| | MD/1:09-cv-02207 Maxine Aarons Given v. M&T Bank Corp. (Transfer) | 09/28/2009 | 02/03/2010 |
| | MD/1:11-cv-00064 Lewis v. Sovereign Bank (Transfer) | 01/17/2011 | 05/20/2011 |
| | MD/1:11-cv-02104 Mello et al v. Susquehanna Bank (CTO Final) | 08/02/2011 | 08/16/2011 |
| | MIW/1:09-cv-00880 Michelle Gulley v. Huntington Bancshares, Inc., et al. (Closed) | 10/27/2009 | 06/20/2011 |
| | MIW/1:10-cv-01117 Command et al v. Bank of America (Transfer) | 11/17/2010 | 04/07/2011 |
| | MN/0:10-cv-03943 Kimberly Pellett, et al. v. TCF Bank, N.A., et al. (Denied) | 09/24/2010 | 02/03/2011 |
| | MOW/4:10-cv-00328 Leslie J. Wolfegeher v. Commerce Bank, N.A. (CTO Final) | 04/23/2010 | 05/10/2010 |
| | MOW/4:10-cv-00595 Michael McKinley v. Great Western Bank (CTO Final) | 07/08/2010 | 07/23/2010 |
| | MOW/4:10-cv-00654 David Johnson v. UMB Bank N.A., et al. (Transfer) | 08/16/2010 | 11/30/2010 |
| | MOW/4:10-cv-00685 Harold J. Joseph, Jr. v. Commerce Bank N.A., et al. (State Court) | 07/27/2010 | 09/17/2010 |
| | NCE/5:10-cv-00329 Stephanie Avery v. RBC Bank (Transfer) | 09/09/2010 | 11/30/2010 |
| | NCM/1:09-cv-00619 Doris Powell-Perry v. Branch Banking & Trust, Inc., et al. (Transfer) | 09/28/2009 | 02/03/2010 |
| | NCM/1:09-cv-00678 Lacy Barras v. Branch Banking & Trust Co. (Transfer) | 10/13/2009 | 02/03/2010 |
| | NJ/1:08-cv-05263 Ryan Phillip Pena v. Wachovia Bank, N.A. (Closed) | 02/26/2009 | 11/23/2009 |
| | NJ/1:10-cv-00136 Donald Kimenker v. TD Bank, N.A., et al. (Closed) | 03/02/2010 | 06/10/2010 |
| | NJ/1:10-cv-02718 John C. Chierici v. Citizens Financial Group, Inc., et al. (Closed) | 06/28/2010 | 02/25/2011 |
| | NJ/2:09-cv-02138 Daniel Dachille, et al. v. Bank of America, N.A., et al. (Closed) | 06/12/2009 | 11/23/2009 |
| | NJ/2:09-cv-05155 Virgilio S. Casayuran, Jr. v. PNC Bank, N.A. (Transfer) | 10/27/2009 | 02/03/2010 |

|  |  |  |  |
|---|---|---|---|
|  | NM/6:09-cv-01072 Marc Martinez v. Wells Fargo Bank, N.A. (CTO Final) | 11/24/2009 | 12/10/2009 |
|  | NV/3:09-cv-00065 Diane Mortenson v Wells Fargo Bank, N.A., et al. (Closed) | 06/12/2009 | 11/24/2009 |
|  | NYE/2:11-cv-00701 Levin et al v. HSBC Bank USA, N.A. et al (Closed) | 02/15/2011 | 02/28/2011 |
|  | NYS/1:09-cv-08780 Angela Walsh-Duffy, et al. v. JP Morgan Chase Bank, N.A., et al. (Closed) | 01/14/2010 | 06/07/2010 |
|  | NYS/1:10-cv-04172 Jane Emmons v. Webster Bank, N.A. (Transfer) | 06/03/2010 | 10/18/2010 |
|  | OHN/1:10-cv-00660 Nicholas J. Benedetti v. Key Corp., et al. (Closed) | 04/23/2010 | 08/02/2010 |
|  | OHN/3:11-cv-01421 Creative Home Accents, LLC v. Fifth Third Bancorp et al (CTO Opposed) | 07/18/2011 | 07/29/2011 |
|  | OKW/5:10-cv-00901 Terry Case v. Bank of Oklahoma, N.A. (Transfer) | 09/09/2010 | 11/30/2010 |
|  | OKW/5:10-cv-01185 Phillips et al v. Bank of America NA (CTO Final) | 11/09/2010 | 11/23/2010 |
|  | OR/3:09-cv-00409 April Speers v. U.S. Bank, N.A. (Closed) | 08/18/2009 | 11/23/2009 |
|  | OR/3:09-cv-01329 Dolores Gutierrez v. Wells Fargo Bank, N.A. (CTO Final) | 11/24/2009 | 12/10/2009 |
|  | PAE/2:10-cv-00731 Todd M. Mosser v. TD Bank, N.A. (CTO Final) | 04/08/2010 | 04/23/2010 |
|  | RI/1:10-cv-00163 Michael L. Blankenship v. RBS Citizens, N.A., et al. (Transfer) | 04/23/2010 | 08/09/2010 |
|  | TXE/9:09-cv-00146 James E. Spikes, et al. v. Regions Bank (Closed) | 09/28/2009 | 10/21/2009 |
|  | TXN/3:10-cv-00326 Delphia Simmons v. Comerica, Inc. (Transfer) | 04/23/2010 | 08/09/2010 |
|  | TXS/4:09-cv-02578 Vada Mitchell, et al. v. Wells Fargo Bank, N.A., et al. (Closed) | 10/27/2009 | 12/03/2009 |
|  | TXS/4:10-cv-03911 Bevins v. International Bancshares Corporation (Closed) | 10/26/2010 | 01/12/2011 |
|  | TXS/4:10-cv-04324 Waller et al v. First National Bank Texas, N.A. d/b/a Fist National Bank Texas et al (Closed) | 11/05/2010 | 12/15/2010 |
|  | UT/2:11-cv-00929 Barlow v. Zions First National Bank (Awaiting Info) | 10/05/2011 | 10/06/2011 |
|  | WAE/2:10-cv-00356 Brown et al v. US Bank National Association (CTO Final) | 10/14/2010 | 11/15/2010 |
|  | WAW/2:08-cv-01476 Alex Zankich, et al. v. Wells Fargo Bank, N.A. (Transfer) | 06/25/2009 | 10/07/2009 |
|  | WAW/2:10-cv-00304 David M. Johnson v. KeyBank National Associaton (CTO Final) | 03/18/2010 | 04/02/2010 |
|  | WIW/3:10-cv-00182 Pamela Harris v. Associated Banc-Corp. (Transfer) | 04/23/2010 | 08/09/2010 |
|  | WVS/3:11-cv-00220 Clay et al v. City Holding Company et al (CTO Final) | 04/05/2011 | 04/19/2011 |

| | WVS/6:11-cv-00237 Stillion et al v. United Bank, Inc. et al (CTO Final) | 04/12/2011 | 04/21/2011 |
|---|---|---|---|